**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
VICTORIA MEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA MEAD, ) | |
| ) | |
| Plaintiff, ) | C-05-04793 SI |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | EXTENDING TIME TO FILE |
| JO ANNE B. BARNHART, ) | PLAINTIFF'S SUMMARY |
| Commissioner of Social ) | JUDGMENT MOTION |
| Security Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, VICTORIA MEAD, may have an extension of 45 days from the date of this order, to file her Summary Judgment Motion.

Dated: 5/31/06

　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　CANDACE C. DAVENPORT
　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　United States Attorney

Dated:  5/31/06　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　SARA WINSLOW
　　　　　　　　　　　　　Assistant US Attorney

APPROVED AND SO ORDERED:

Dated: _____
　　　　　　SUSAN ILLSTON
　　　　United States District Judge