United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MEAD,                         No. C 05-4793 SI

      Plaintiff,                   **ORDER TO SHOW CAUSE**

  v.

JO ANNE B. BARNHART,

      Defendant.
                                     /

By order filed June 5, 2006, the Court approved the parties' stipulation extending the time for plaintiff to file a motion for summary judgment, and ordered that plaintiff file such motion by July 20, 2006. Plaintiff has not filed a motion for summary judgment, nor has plaintiff requested another extension of time. Accordingly, by **September 5, 2006** plaintiff shall file a motion for summary judgment or this action shall be dismissed for failure to prosecute. If plaintiff is unable to meet the September 5, 2006 summary judgment deadline, plaintiff shall file a request for further extension supported by a declaration from counsel setting forth the good cause for such an extension.

**IT IS SO ORDERED.**

Dated: August 21, 2006

                                               SUSAN ILLSTON
                                               United States District Judge